IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | |
|---|---|
| JAMES W. MCKINNEY, NANCY JANOWSKI, and MARGARET REENER, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>HSBC CARD SERVICES INC., HSBC BANK USA, N.A., HSBC BANK NEVADA, N.A., HSBC FINANCE CORPORATION, and HSBC USA INC.<br><br>Defendants. | Case No. 3:10-cv-00786-JPG -CJP |

## MOTION FOR PRO HAC VICE ADMISSION
## OF ATTORNEY BRUCE H. NAGEL

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of James W. McKinney, Nancy Janowski, and Margaret Reener, Individually and on behalf of all Others similarly situated.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of New Jersey and the United States District Court, District of New Jersey. My New Jersey State Bar Number is 2593-1977.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: November 16, 2010
Date

_____
Signature of Movant

103 Eisenhower Parkway
Street Address

Bruce H. Nagel
Printed Name

Roseland, New Jersey 07068
City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2010, I electronically filed the attached **MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY BRUCE H. NAGEL** with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

_____
BRUCE H. NAGEL