# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| JAMES W. MCKINNEY, NANCY JANOWSKI, and MARGARET REENER, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HSBC CARD SERVICES, INC., HSBC BANK USA, N.A., HSBC BANK NEVADA, N.A., HSBC FINANCE CORPORATION, and HSBC USA INC.,<br><br>                    Defendants. | Case No. 10-cv-786 JPG-SCW |

## <u>JUDGMENT</u>

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.


**Dated: July 19, 2013**                    **NANCY J. ROSENSTENGEL, Clerk of Court**

                              **By:s/Deborah Agans, Deputy Clerk**



**Approved:**     s/J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**